**Woody VOINCHE, Plaintiff–Appellant**

**v.**

**UNITED STATES DISTRICT COURT; FBI; Robert Mueller, Defendants–Appellees.**

**No. 08–30905**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 30, 2009.

Woody Voinche, Marksville, LA, pro se.

John Joseph Gaupp, Assistant U.S. Attorney, U.S. Attorney's Office Middle, District of Louisiana, Baton Rouge, LA, for Defendants–Appellees.

Before REAVLEY, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by the ruling of that court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.